UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK,<br><br>                Plaintiff,<br><br>                v.<br><br>ERNST & YOUNG LLP and GLOUCESTER INSURANCE LTD.<br><br>                Defendants. | Case No. 2:20-cv-01259<br>Section "L" (1)<br><br>Judge Eldon E. Fallon<br>Magistrate Judge Janis van Meerveld |

**ERNST & YOUNG LLP'S MOTION TO COMPEL ARBITRATION
OR, IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

Pursuant to Sections 3 and 4 of the Federal Arbitration Act, Defendant Ernst & Young LLP ("EY") files this motion to compel arbitration and to stay these proceedings pending arbitration. As explained more fully in the attached memorandum in support, Plaintiff is required to arbitrate its claim against EY.

If arbitration is not compelled, the Court should dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) because, as more fully explained in the attached memorandum in support, Plaintiff's claim is barred under Louisiana law, La. Stat. Ann. § 37:91.

November 2, 2023                                    Respectfully submitted,

                                                                           /s/ Craig Isenberg
Craig Isenberg, 26903
Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
cisenberg@barrassousdin.com
cchetta@barrassousdin.com

Steven M. Farina, *pro hac vice*
Stephen J. Fuzesi, *pro hac vice*
Adrienne E. Van Winkle, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfarina@wc.com
sfuzesi@wc.com
avanwinkle@wc.com

*Attorneys for Ernst & Young LLP*