UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK,**<br>　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**ERNST & YOUNG LLP & GLOUCESTER INSURANCE LTD.**<br>　　　　　　　　　**Defendants.** | **CIVIL ACTION NO.: 2:20-cv-1259**<br><br>**SECTION "L"**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE: JANIS VAN MEERVELD** |

**MOTION TO STAY LITIGATION PENDING PROPOSED ARBITRATION BETWEEN ERNST & YOUNG LLP AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK**

**NOW INTO COURT**, through undersigned counsel, comes Gloucester Insurance Limited, which respectfully moves the Court to stay the Federal Deposit Insurance Corporation's civil action against it pending the completion of the proposed arbitration between the Federal Deposit Insurance Corporation and Ernst & Young LLP.

\*　　\*　　\*

Respectfully submitted,

**PHELPS DUNBAR LLP**

/s/ *Kevin Welsh*
Marshall M. Redmon (La. Bar Roll No. 18398)
R. Harrison Golden (La. Bar Roll No. 38468)
Melissa H. Redmon (La. Bar Roll No. 39072)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
marshall.redmon@phelps.com
harris.golden@phelps.com
melissa.redmon@phelps.com

Kevin W. Welsh (La. Bar Roll No. 35380)
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
kevin.welsh@phelps.com

**ATTORNEYS FOR DEFENDANT
GLOUCESTER INSURANCE LIMITED**

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, the foregoing was electronically filed using the CM/ECF system which will provide notice to all counsel of record.

/s/ *Kevin Welsh*