UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP and GLOUCESTER INSURANCE LTD.<br><br>Defendants. | Case No. 20-cv-01259<br>Judge Eldon E. Fallon<br>Magistrate Judge Janis van Meerveld |

**ERNST & YOUNG LLP'S OPPOSITION TO *EX PARTE* MOTION
TO EXTEND RESPONSE DEADLINE**

Ernst & Young LLP ("EY") opposes the *ex parte* motion filed by the Office of Financial Institutions ("OFI") to extend the response deadline to EY's motion to overrule OFI's objection to the production of documents and other information in connection with a pending arbitration. OFI failed to seek EY's consent before it filed its motion and presents no good reason for further extension beyond what the Court already ordered.

1. EY's underlying motion concerns the production of documents and other information needed for a pending arbitration that are currently being withheld because of the objection of OFI. Under the current arbitration schedule, the initial deadline for expert reports is fast approaching: October 20, 2025. As a result, EY faces prejudice from extending the submission date here into September—nearly a month after EY's original submission date of August 6.

2. OFI has been aware of the issues raised in EY's motion for *months*, as it concerns OFI's *own objection* to the production of documents and other information in connection with the

1

arbitration. Indeed, EY has been in direct contact with OFI's general counsel concerning this objection since June 23, seeking to resolve that objection. *See* Mem. in Support of Mot. to Overrule at 9–10, ECF No. 166-1; *id.* Exs. 10 & 11.

3. While OFI represents that it "received the Motion by certified mail" on July 29, OFI ignores that EY's counsel both emailed a near-final version of the motion to OFI's general counsel on July 18 (in a last-ditch effort to avoid the need for litigation of OFI's objection) and then emailed the filed motion to OFI's general counsel on the date it was filed, July 22. *See* Mem. in Support of Mot. to Overrule at 18, ECF No. 166-1 (certifying service on OFI by both email and certified mail).

4. Further, in response to a request from Plaintiff, EY already consented to the extension of the submission date from August 6 to August 20. ECF No. 168. On July 28, EY provided counsel for OFI, by email, Plaintiff's unopposed motion for extension.

5. On July 29, this Court entered an order resetting the submission date to August 20, with any opposition to EY's motion due by August 12. ECF No. 169. OFI makes no mention of this extension in its motion. Rather, OFI's motion incorrectly states that "there has been no prior extension of time to respond."[1]

6. After receipt of OFI's motion, EY's counsel contacted OFI's counsel, noting that the Court already ordered an extension. EY's counsel inquired whether counsel for OFI would withdraw its motion. Counsel for OFI did not agree to do so.

---

[1] OFI seeks 21 days from receipt by certified mail (July 29) to respond (by August 19). But given the current opposition deadline (August 12), OFI already has 21 days from actual receipt of EY's Motion (by email on July 22).

7. EY accordingly requests that the Court deny OFI's motion. If the Court were to grant OFI's motion, EY requests that the Court order any opposition (by either OFI or Plaintiff) to be filed by the August 19, 2025, the opposition deadline requested by OFI.[2]

Dated: July 31, 2025

Respectfully submitted,

/s/ Craig Isenberg
Craig Isenberg, 26903
Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
cisenberg@barrassousdin.com
cchetta@barrassousdin.com

Steven M. Farina, *pro hac vice*
Stephen J. Fuzesi, *pro hac vice*
Adrienne Van Winkle, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Ave S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfarina@wc.com
sfuzesi@wc.com
avanwinkle@wc.com

*Attorneys for Ernst & Young LLP*

---

[2] OFI's motion already requests that its opposition be due August 19. *See* Mot. at 2 (seeking an extension "through and including August 19, 2025, within which to respond"). Should the submission date be extended, Plaintiff's opposition also should be due August 19. With a September 3 submission date, EY would otherwise have only 3 days to reply to Plaintiff's opposition under the Local Rules due to the Labor Day holiday. *See* L.R. 7.5.