**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK, | ) | Case No. 20-cv-01259 |
| | ) | Judge Eldon E. Fallon |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Janis van Meerveld |
| | ) | |
| ERNST & YOUNG LLP and GLOUCESTER INSURANCE LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Federal Deposit Insurance Corporation as Receiver for First NBC Bank dismisses this case with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Bryan C. Reuter*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Stanley Reuter Alford
Owen Munson & Paul, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504)523-1580
Facsimile: (504)524-0069
rcs@stanleyreuter.com
bcr@stanleyreuter.com

*Attorneys for the Federal Deposit Insurance Corporation as Receiver for First NBC Bank*